# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **JOSEPH JEROME PERKINS,** | : | |
| | : | |
| Petitioner | : | |
| | : | **5:05-CR-1 (WDO)** |
| v. | : | **5:07-CV-223 (WDO)** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Respondent | : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation (Doc. 60) to deny Petitioner's motion to vacate or correct his sentence (Doc. 58). Having carefully considered the Recommendation, and there being no objection filed thereto, the Recommendation (Doc. 60) is ADOPTED for the reasons stated therein and made the order of the Court. Petitioner's Motion to Vacate (Doc. 58) is DENIED.

**SO ORDERED this 28th day of September, 2007.**

*s/ Hugh Lawson*
**HUGH LAWSON**
**UNITED STATES DISTRICT JUDGE**

cf