IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JOSEPH JEROME PERKINS, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| VS. | : | CASE NO. 5:07-CV-223 (HL) |
| | : | 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | : | |
| | : | CASE NO. 5:05-CR-1 (HL) |
| Respondent. | : | |
| | : | |
| _____ | : | |

## ORDER

Before the Court is petitioner **JOSEPH JEROME PERKINS'** notice of appeal (R. at 66) from the Court's September 28, 2007Order, which adopted the United States Magistrate Judge's Report and Recommendation to deny petitioner's motion to vacate under 28 U.S.C. § 2255. (R. at 60, 61).

The Eleventh Circuit Court of Appeals has mandated that this Court construe petitioner's notice of appeal as an application for a certificate of appealability ("COA") pursuant to 28 U.S.C. § 2253(c). *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997).

Under § 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in the United States Magistrate Judge's Report and Recommendation dated August 30, 2007 and this Court's Order dated September 28, 2007, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

Accordingly, the application for a COA is **DENIED**.[1]

**SO ORDERED**, this 14th day of March, 2008.

                                 *s/ Hugh Lawson*
                                 HUGH LAWSON
                                 UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's motion to proceed *in forma pauperis* on appeal is denied as moot.