# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **JOSEPH JEROME PERKINS,** | : | |
| **Petitioner,** | : | |
| v. | : | Civil Action No. |
| | : | 5:07-CV-223-HL |
| **UNITED STATES OF AMERICA,** | : | Criminal Action No. |
| | : | 5:05-CR-1-HL |
| **Respondent.** | : | |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 77) on Petitioner's Motion to Vacate Under 28 U.S.C. § 2255 (Doc. 75). The Magistrate Judge has recommended dismissing Petitioner's Motion to Vacate on the ground that the Court does not have jurisdiction to consider it because it is a second or successive § 2255 motion. In his Objection (Doc. 78), Petitioner does not contest this conclusion. The only issue he raises in his Objection is that the Magistrate Judge did not address Petitioner's Motion to Amend Judgment (Doc. 74).

After giving thorough consideration to the Magistrate Judge's Recommendation, this Court agrees that Petitioner's § 2255 Motion should be dismissed on the ground that the Court lacks jurisdiction to consider it. As a result, the Court accepts the Magistrate Judge's Recommendation and Petitioner's § 2255 Motion is dismissed. Petitioner's Motion to Amend Judgment will be addressed in

a separate order.

**SO ORDERED**, this the 30th day of July, 2008

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc